```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andrew Toro, on behalf of himself and others similarly situated,

        Plaintiff,

-against-

Polish Art Center, LLC,

        Defendant.

1:23-cv-04175 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Given that mediation was not held (*see* 9/12/2023 docket text entry), it is hereby Ordered that the parties shall file an updated proposed case management plan no later than September 20, 2023.

**SO ORDERED.**

Dated:    New York, New York
            September 13, 2023

_____
STEWART D. AARON
United States Magistrate Judge